UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GREGORY JELOUDOV,

                              Plaintiff,

       -against-

TIME WARNER CABLE INC., TIME WARNER NY CABLE
LLC, HELENA SOBRINO, *Individually*, and
JAMES HOFFMAN, *Individually*,

                            Defendants.
-----------------------------------------------------------------X

Case No. 11-cv-03751 (CM) (GWG)

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record: Please enter my appearance as a counsel for plaintiff in the herein action. I certify that I am admitted to practice in this court.

Dated:    New York, New York
            June 16, 2011

                                                                                         _____
                                                 Kosta Kollef (kk2997)
                                                 Phillips & Phillips
                                                 30 Broad Street, 35th Floor
                                                 New York, NY 10004
                                                 (212) 248-7431
                                                 *Attorneys for Plaintiff*